IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY F. STANLEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DR. WONG, et al.,<br><br>　　　　Defendants.　　　　　　　　　／ | No. C 09-04580 SBA (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

　　　Plaintiff, a state prisoner, filed the present pro se prisoner complaint under 42 U.S.C. § 1983 in the United States District Court for the Eastern District of California.  In an Order dated September 16, 2009, Magistrate Judge Dale A. Drozd of the Eastern District ordered it transferred to this Court on venue grounds.

　　　On October 1, 2009, the instant case was received by this Court.  On October 13, 2009, the Clerk of the Court sent a notice to Plaintiff, informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's in forma pauperis application.  The Clerk sent Plaintiff a blank in forma pauperis application and told him that he must pay the fee or return the completed application within thirty days or his action would be dismissed.

　　　 More than thirty days have passed and Plaintiff has not submitted an in forma pauperis application or the requisite documents.

　　　Accordingly, this action is DISMISSED WITHOUT PREJUDICE.  The Court has rendered its final decision on this matter; therefore, this Order TERMINATES Plaintiff's case.  The Clerk of the Court shall close the file.

　　　IT IS SO ORDERED.

Dated: 12/3/09

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

P:\PRO-SE\SBA\CR.09\Stanley4580.DisIFP.wpd

<div style="float:left">**United States District Court**<br>For the Northern District of California</div>

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3

4  JERRY F STANLEY,                                Case Number: CV09-04580 SBA

5                Plaintiff,                        **CERTIFICATE OF SERVICE**

6     v.

7  WONG, WARDEN et al,

8                Defendant.                    /

9

10 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

11 That on December 4, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12 envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

13

14

15 Jerry F Stanley C-80900
   California State Prison - San Quentin
16 San Quentin, CA 94974

17 Dated: December 4, 2009
                                                   Richard W. Wieking, Clerk
18                                                 By: LISA R CLARK, Deputy Clerk

19

20

21

22

23

24

25

26

27

28

P:\PRO-SE\SBA\CR.09\Stanley4580.DisIFP.wpd2